1  Abraham J. Colman (SBN 146933)
   acolman@reedsmith.com
2  Jordan Yu (SBN 227341)
   jsyu@reedsmith.com
3  REED SMITH LLP
   355 S. Grand Avenue
4  Suite 2900
   Los Angeles, CA 90071
5  Telephone:    213.457.8000
   Facsimile:    213.457.8080
6
   Attorneys for Defendant
7  Resurgent Capital Services, L.P.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12 VALERIE JONGE VOS,                        Case No.: C 09-05820 CW

13              Plaintiff                    **ORDER DISMISSING ACTION WITH
                                             PREJUDICE**
14
          vs.                                The Honorable Claudia Wilken
15
   ELITE RECOVERY SERVICES, INC., a New
16 York Corporation; RESURGENT CAPITAL
   SERVICES, L.P., a Delaware Limited
17 Partnership; TIMOTHY F. DUGAN, an
   individual, and DOES 1 to 100, inclusive.
18
19              Defendants.
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-103519052

ORDER

1    Pursuant to the Stipulation of Dismissal entered into by and between Plaintiff Valerie

2  Jonge Vos and Defendant Resurgent Capital Services, L.P., and good cause appearing, the Court

3  hereby dismisses this action with prejudice in its entirety.  Each party shall bear its own costs and

4  attorney's fees.

5
   DATED:  4/21/2010

6                                                     _____

7                                                     UNITED STATES DISTRICT JUDGE
                                                      CLAUDIA WILKEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -
ORDER

US_ACTIVE-103519052